FILED
AUG 23 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ERNEST EPPS,<br><br>    Plaintiff,<br><br>vs.<br><br>N. GRANNIS, et al.,<br><br>    Defendants. | CASE NO. 10-cv-01949 BEN (MDD)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**<br><br>[Docket Nos. 20, 59] |

Plaintiff Omar Ernest Epps, a prisoner at Calipatria State Prison proceeding *pro se*, filed a Motion for Temporary Restraining Order and/or Preliminary Injunction on February 22, 2011. (Docket No. 20.) On May 20, 2011, Defendants filed an opposition to the motion. (Docket No. 50.) On June 22, 2011, Plaintiff filed a reply. (Docket No. 56.)

Magistrate Judge Mitchell D. Dembin issued a thoughtful and thorough Report and Recommendation recommending that Plaintiff's Motion for Injunctive Relief be denied. (Docket No. 59.) Any objections to the Report and Recommendation were due August 19, 2011. (*Id.*) Neither party filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district

judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original), *cert denied*, 540 U.S. 900 (2003); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121. Accordingly, the Court may deny Plaintiff's Motion on this basis alone.

In the absence of any objections, the Court fully **ADOPTS** Judge Dembin's Report and Recommendation. Plaintiff's Motion for Injunctive Relief is **DENIED**.

**IT IS SO ORDERED.**

DATED: August __, 2011

HON. ROGER T. BENITEZ
United States District Court Judge