FILED
13 JUL 25 PM 1:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: \_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ERNEST EPPS,<br><br>   Plaintiff,<br><br>vs.<br><br>N. GRANNIS, et al.,<br><br>   Defendants. | Case No. 10cv1949 BEN (KSC)<br><br>**ORDER:**<br><br>**DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>[Dkt. No. 123] |

Plaintiff seeks the entry of a default judgment under F.R.C.P. Rule 55 against Defendants Grannis, Ochoa, Builteman, and Bentley. Defendants have yet to file a response. The motion is denied.

Each Defendant has filed an Answer and appeared in this action. Rule 55, "applies only to parties who have never appeared in the action." *Direct Mail Spec. v. Eclat Computerized Tech.*, 840 F.2d 685, 689 (9th Cir. 1988) (quoting 10 C. Wright and Miller, *Federal Practice & Procedure* §2683, at 415 (2d ed. 1983)). Since the Defendants have appeared and judgments by default are disfavored, the motion is denied.

IT IS SO ORDERED.

DATED: July 24, 2013

Hon. Roger T. Benitez
United States District Judge